**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN**

| | |
|---|---|
| LOOP, LLC D/B/A AUTOLOOP, on behalf of itself and all others similarly situated,<br><br>          Plaintiff,<br><br>   v.<br><br>CDK Global, LLC,<br><br>          Defendant. | Case No. 3:24-cv-00571-jdp |

**JOINT NOTICE OF SETTLEMENT**

Plaintiff Loop, LLC, d/b/a AutoLoop, on behalf of the certified Vendor Class (the "Vendor Class"), and Defendant CDK Global, LLC hereby jointly provide notice to the Court that they have reached a settlement of this case in principle and anticipate finalizing a formal settlement agreement by the end of day tomorrow.

In this class action lawsuit, the settlement is subject to the Court's approval and the process set forth in Federal Rule of Civil Procedure 23(e). The Vendor Class will promptly file its motion for preliminary approval of the settlement, along with a proposed schedule for the settlement approval process.

In view of this development, the parties believe that it would be appropriate for the Court to vacate the upcoming final pretrial conferences and trial date. The case can instead proceed through the settlement approval process.

| | |
|---|---|
| DATED: January 13, 2025 | Respectfully submitted, |
| */s/ Katherine Katz, P.C.* | */s/ Michael N. Nemelka* |
| Craig S. Primis, P.C. | Michael N. Nemelka |
| Katherine Katz, P.C. | Derek T. Ho |
| Emily Merki Long | Aaron M. Panner |
| Grace Brier | Daniel V. Dorris |
| **KIRKLAND & ELLIS LLP** | Collin R. White |
| 1301 Pennsylvania Ave., NW | Bethan R. Jones |
| Washington, D.C. 20004 | Ana N. Paul |
| Tel: (202) 389-5000 | Matthew J. Wilkins |
| craig.primis@kirkland.com | Daren G. Zhang |
| katherine.katz@kirkland.com | Kaleb J. LeGore |
| emily.long@kirkland.com | **KELLOGG, HANSEN, TODD,** |
| grace.brier@kirkland.com | **FIGEL & FREDERICK, P.L.L.C.** |
| | 1615 M Street, N.W., Suite 400 |
| Mark Filip, P.C. | Washington, D.C. 20036 |
| Kevin M. Jonke | Phone: (202) 326-7900 |
| **KIRKLAND & ELLIS LLP** | Email: mnemelka@kellogghansen.com |
| 333 West Wolf Point Plaza |  dho@kellogghansen.com |
| Chicago, IL 60654 |  apanner@kellogghansen.com |
| Tel: (312) 862-2000 |  ddorris@kellogghansen.com |
| mark.filip@kirkland.com |  cwhite@kellogghansen.com |
| kevin.jonke@kirkland.com |  bjones@kellogghansen.com |
| |  apaul@kellogghansen.com |
| Ryan J. Walsh |  mwilkins@kellogghansen.com |
| Amy C. Miller |  dzhang@kellogghansen.com |
| **EIMER STAHL LLP** |  klegore@kellogghansen.com |
| 10 East Doty Street | |
| Suite 621 | Jennifer L. Gregor |
| Madison, WI 53703 | **GODFREY & KAHN, S.C.** |
| (608) 620-8346 | One East Main Street, Suite 500 |
| (312) 692-1718 (fax) | Madison, WI 53703 |
| rwalsh@eimerstahl.com | Phone: 608-257-3911 |
| amiller@eimerstahl.com | Email: jgregor@gklaw.com |
| | |
| ***Counsel for Defendant CDK Global, LLC*** | Samuel Issacharoff |
| | 40 Washington Square South |
| | New York, NY 10012 |
| | Phone: (212) 998-6580 |
| | Email: si13@nyu.edu |
| | |
| | ***Counsel for Plaintiff Loop, LLC, d/b/a AutoLoop, on behalf of itself and the Vendor Class*** |