IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

LOOP, LLC, D/B/A AUTOLOOP, on behalf of itself and all others similarly situated,

    Plaintiff,

v.

CDK GLOBAL, LLC,

    Defendant.

Case No. 3:24-cv-00571-jdp

---

**DECLARATION OF JENNIFER L. GREGOR
IN SUPPORT OF THE VENDOR CLASS'S UNOPPOSED MOTION FOR
FINAL APPROVAL OF THE PROPOSED SETTLEMENT,
AWARD OF ATTORNEY'S FEES AND COSTS,
AND PLAINTIFF'S SERVICE AWARD**

---

I, Jennifer L. Gregor, pursuant to 28 U.S.C. § 1746, declare as follows:

1.    I am a shareholder with the law firm of Godfrey & Kahn S.C. and served as counsel for Plaintiff Loop, LLC, d/b/a AutoLoop ("AutoLoop") and the certified Vendor Class (the "Vendor Class"). I submit this Declaration in Support of the Vendor Class's Unopposed Motion for Final Approval of the Proposed Settlement, Award of Attorney's Fees and Costs, and Plaintiff's Service Award. I make this Declaration based on personal knowledge, and if called as a witness, I could and would competently testify to the matters stated herein.

2.    With more than 180 lawyers, Godfrey & Kahn is one of Wisconsin's leading business law firms. Founded in 1957, Godfrey & Kahn maintains offices in Madison, Milwaukee, Eau Claire, Green Bay, and Appleton, Wisconsin and Washington, D.C. The firm employs more than 50 litigation attorneys. The litigation group is experienced in a wide range of complex civil litigation matters including antitrust.

3. I have been involved in the AutoLoop and Vendor Class cases since their inception and was prepared to play an active role at trial, including conducting direct and cross examinations of witnesses. In addition to preparing fact witnesses to testify at trial, I played an important role in drafting and negotiating the jury instructions, voir dire questions, motions in limine, and verdict form, in addition to assisting with numerous other tasks leading up to trial.

4. In addition to myself, two other Godfrey & Kahn timekeepers worked on this matter: Allison Reimann (partner) and Nicole Talbott Settle (paralegal). Consistent with Godfrey Kahn's 2025 hourly rates for this type of work, Ms. Reimann's hourly rate is $725, Ms. Talbott Settle's hourly rate is $390, and my rate is $760.

5. These hourly rates are consistent with the 2025 rates that Godfrey & Kahn charges fee-paying clients.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed on: June 10, 2025

*Jennifer L. Gregor*

Jennifer L. Gregor