# Exhibit G

**Timekeepers, Positions, and Hourly Rates**

| Timekeeper | Position | 2025 Rate |
|---|---|---|
| Panner, Aaron M. | Partner | $1,825 |
| Ho, Derek T. | Partner | $1,795 |
| Nemelka, Michael N. | Partner | $1,795 |
| Miller, Kevin J. | Partner | $1,600 |
| Schwarz, David L. | Partner | $1,600 |
| Klineberg, Geoffrey M. | Partner | $1,575 |
| Dorris, Daniel V. | Associate / Partner | $ 1,110 / $ 1,450 |
| Hafenbrack, Joshua | Associate / Partner | $ 1,110 / $ 1,450 |
| Jones, Bethan R. | Associate / Partner | $ 1,110 / $ 1,225 |
| Paul, Ana N. | Associate / Partner | $ 1,110 / $ 1,225 |
| White, Collin R. | Associate / Of Counsel | $ 1,110 / $ 1,165 |
| Edwards, Travis G. | Associate | $1,110 |
| Reinbold, Derek C. | Associate | $1,110 |
| Wilkins, Matthew J. | Associate | $1,110 |
| Hirschboeck, Mark P. | Associate | $1,055 |
| Bonomo, Christine A. | Associate | $985 |
| DeHart, Abigail E. | Associate | $985 |
| Grigel, Kyle B. | Associate | $985 |
| Rudofsky, Benjamin L. | Associate | $985 |
| Long, Jeffrey G. | Associate | $920 |
| Zhang, Daren G. | Associate | $920 |
| Zhang, Joanna T. | Associate | $920 |
| Guarnera, Daniel S. | Associate | $850 |
| Weber, Jayme L. | Associate | $850 |
| LeGore, Kaleb J. | Associate | $770 |
| Ethridge, Jason W. | Associate | $680 |
| Endo, Mary Ann K. | Research Director | $625 |
| Briggs, Kimberly A. | Staff Attorney | $590 |
| Cella, Thomas E. | Staff Attorney | $590 |
| Churella, Andrew J. | Staff Attorney | $590 |
| Davies, Joseph M. | Staff Attorney | $590 |
| Forman, Wallace M. | Staff Attorney | $590 |
| Grody, Michael J. | Staff Attorney | $590 |
| Moore, Robert L. | Staff Attorney | $590 |

| Timekeeper | Position | 2025 Rate |
|---|---|---|
| Moran, James H. | Staff Attorney | $590 |
| Owens, Donna L. | Staff Attorney | $590 |
| Parker, Bennett M. | Staff Attorney | $590 |
| Pecknay, Michael A. | Staff Attorney | $590 |
| Purkey, Michael W. | Staff Attorney | $590 |
| Rodriguez, Melissa | Staff Attorney | $590 |
| Scanlan, Robert J. | Staff Attorney | $590 |
| Sorenson, Amanda L. | Staff Attorney | $590 |
| Threatt, Nerissa S. | Staff Attorney | $590 |
| Thunder, James M. | Staff Attorney | $590 |
| Wesely, David H. | Staff Attorney | $590 |
| Zuckman, Michael S. | Staff Attorney | $590 |
| Burke, David M. | Paralegal | $545 |
| Cohen, Susan D. | Paralegal | $545 |
| Leverette, Darrin D. | Paralegal | $545 |
| Murphy, Bernadette M. | Paralegal | $545 |
| Birmingham, James F. | Paralegal | $475 |
| Cody, Tessa L. | Paralegal | $475 |
| Fialkowski, Danielle M. | Paralegal | $475 |
| Harger, Lisa M. | Paralegal | $475 |
| Jackson, Kathleen N. | Paralegal | $475 |
| Kavieff, Alexandra C. | Paralegal | $475 |
| Kizzie III, Andrew | Paralegal | $475 |
| Lukeman, Emilia C. | Paralegal | $475 |
| McMahon, Mercedes O. | Paralegal | $475 |
| Rabkin, Jonathan A. | Paralegal | $475 |
| Soliman, Eve M. | Paralegal | $475 |
| Sommerfield, Robyn | Paralegal | $475 |
| Sullivan, Sean D. | Paralegal | $475 |
| Sinn, Carver D. | Litigation Support Manager | $260 |
| Cheng, Chung H. | Summer Associate | $240 |
| Kim, Elias S. | Summer Associate | $240 |
| Lewis, Alexander S. | Summer Associate | $240 |
| Steinbach, David | Summer Associate | $240 |
| Brennan, James P. | Litigation Support Specialist | $225 |
| Marini, Ripton A. | Litigation Support Specialist | $215 |
| Tapkas, Jason J. | Litigation Support Specialist | $215 |

| Timekeeper | Position | 2025 Rate |
|---|---|---|
| Coben, Spencer J. | Research Analyst | $210 |
| Derrick, Truman N. | Research Analyst | $210 |
| Fusco, Frank M. | Research Analyst | $210 |
| Kastberg, Vegas F. | Research Analyst | $210 |
| Lev, Aaron L. | Research Analyst | $210 |
| Long, Joseph E. | Research Analyst | $210 |
| Moreira, Marc F. | Research Analyst | $210 |
| Thompson, Bridget M. | Research Analyst | $210 |