IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

LOOP LLC d/b/a AUTOLOOP, on behalf of itself
and all others similarly situated,

        Plaintiff,

v.

CDK GLOBAL, LLC,

        Defendant.

Case No. 24-cv-571-jdp

---

## JUDGMENT IN A CIVIL CASE

---

IT IS ORDERED AND ADJUDGED that judgment is entered certifying the following class (the "Vendor Class") under Fed. R. Civ. P. 23(b)(3):

> All automotive software vendors (i.e., persons or entities engaged in the sale of software solutions to automotive dealerships) located in the United States that, at any time since October 1, 2013, have purchased data integration services from CDK or Reynolds. Excluded from the class are (1) CDK, Reynolds, and any of their officers, directors, employees, subsidiaries, and affiliates; (2) Cox Automotive, Inc. and its subsidiaries and affiliates; (3) automotive software vendors that first purchased data integration services from CDK after June 5, 2018; and (4) any federal, state governmental entities, any judicial officer presiding over this action and the members of his/her immediate family and judicial staff, and any juror assigned to this action.

IT IS ORDERED AND ADJUDGED that the Vendor Class Members are the entities listed in the January 27, 2025, damages calculation of Mark A. Israel, Dkt. 247, attached, and that Auto Rental Services LLC opted out and is excluded from the class.

IT IS ORDERED AND ADJUDGED that the Settlement Agreement between the class and defendant CDK Global, LLC, Dkt. 250-1, attached, is approved; the terms of the Settlement Agreement are fair, reasonable, and adequate; the proposed Distribution Plan,

Dkt. 250-2, attached, is approved. The following relief shall be provided to the Vendor Class Members and their counsel:

a. $12,358,238 for class counsel's legal expenses;
b. $200,000 for the administrator's expenses;
c. $250,000 for plaintiff Loop LLC's service award;
d. $185,157,529 for class counsel's attorney fees;
e. No less than $432,034,233 to the Vendor Class Members, to be distributed in accordance with the Distribution Plan; and
f. The interest earned on the initial settlement payment sitting in escrow shall be treated in accordance with the Distribution Plan.

IT IS ORDERED AND ADJUDGED that the Settlement Agreement and the Distribution Plan are incorporated into this judgment and the court retains jurisdiction to enforce the terms of the Settlement Agreement and to resolve any disputes concerning the Settlement Agreement and the Distribution Plan.

FINALLY, IT IS ORDERED AND ADJUDGED that this case is dismissed with prejudice and without further costs to any party.

Approved as to form this 16th day of September, 2025.

/s/
_____
James D. Peterson
District Judge

_____  September 16, 2025
Joel Turner                 Date
Clerk of Court